UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN BROWN,

      Plaintiff,

v.

                                        CASE NO.: 8:19-cv-02069-MSS-TGW

PORTFOLIO RECOVERY ASSOCIATES,
LLC, a Foreign Limited Liability Company.
      Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL**
**WITH PREJUDICE**

      Plaintiff, LYNN BOWN, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a) on the grounds that the parties have entered into and executed a Confidential Settlement Agreement and General Release, whereby all of the pending claims in this cause have been compromised and fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

Dated this 26th day of December, 2019.

                 Respectfully submitted,

| *s/ Bobby A. Lean, Jr.* | *s/ John S. Gibbs III* |
|---|---|
| Carlos V. Leach, Esq. | John S. Gibbs III, Esq. |
| Florida Bar No.: 0540021 | Florida Bar No: 91102 |
| Bobby A. Lean, Jr., Esq. | Troutman Sanders LLP |
| Flarida Bar No.: 118769 | 600 Peachtree Street NE |
| THE LEACH FIRM, P.A. | Atlanta, Georgia 30308 |
| 631 S. Orlando Ave. Suite 300 | Telephone: 404.885.3093 |
| Winter Park, FL 32789 | Facsimile: 404.885.3900 |
| Telephone: (407) 574-4999 | Evan.gibbs@troutman.com |
| Facsimile: (833) 423-5864 | |
| blean@theleachfirm.com | |
| yhernandez@theleachfirm.com | |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 26th day of December, 2019, the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                 *s/ Bobby A. Lean, Jr.*
                 Bobby A. Lean, Jr., Esq.